# Court of Appeals
# of the State of Georgia

ATLANTA,  December 02, 2024

*The Court of Appeals hereby passes the following order:*

**A25A0495. ODELL M. STRINGER v. THE STATE.**

Following a jury trial, Odell M. Stringer was convicted of kidnapping with bodily injury, battery, and theft by taking. In his first appeal, we remanded to the trial court to reconsider the denial of Stringer's motion for an out-of-time appeal. In the interim, however, the Supreme Court held that motions for out-of-time appeals were no longer available to criminal defendants. The trial court thus dismissed the motion.

Stringer later filed a motion to vacate a void conviction and sentence. The trial court denied the motion on July 11, 2024 and Stringer filed a notice of appeal on September 16, 2024. We granted an extension of time to file an appellate brief until November 11, 2024 and then dismissed the appeal for failing to file a brief within that time. We subsequently received a timely brief; thus, we VACATE our November 14, 2024 order dismissing his appeal. However, we lack jurisdiction for at least two reasons.

First, a notice of appeal must be filed within 30 days of entry of the judgment or trial court order sought to be appealed. OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer appellate jurisdiction on this Court. See *Kelly v. State*, 311 Ga. 827, 828 (860 SE2d 740) (2021). Because Stringer's notice of appeal was filed 67 days after entry of the trial court's order, we lack jurisdiction over this appeal. See id.

Second, Stringer challenges the sufficiency of the evidence in his case and the trial court's jurisdiction. A post-conviction motion seeking to vacate an

allegedly void conviction is not valid procedure in a criminal case, and any appeal from the denial or dismissal of such order must be dismissed. See *Williams v. State*, 287 Ga. 192, 192 (695 SE2d 244) (2010); *Roberts v. State*, 286 Ga. 532, 532 (690 SE2d 150) (2010).

For these reasons, we lack jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
　　　*Clerk's Office,*
*Atlanta,　12/02/2024　　　　　　　*

　　　*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

　　　*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*